```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03535
   OLUSOLA B AJAYI
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7089

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2006 and was confirmed 07/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.14%.

     The case was dismissed after confirmation 01/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AAA COLLECTIONS INC       UNSECURED       NOT FILED          .00            .00
AMERICAN COLLECTION       UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         1387.77          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          258.84          .00            .00
CBA COLLECTION BUREAU     UNSECURED       NOT FILED          .00            .00
CDA PONTIAC               UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1840.00          .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED          .00            .00
FIRST EXPRESS             UNSECURED          270.08          .00            .00
CACH, MHC RECEIVABLES LL  UNSECURED          635.27          .00            .00
FNB MARIN                 UNSECURED       NOT FILED          .00            .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED          .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED          .00            .00
JEROME D CITRON           UNSECURED       NOT FILED          .00            .00
MARAUDER CORP             UNSECURED       NOT FILED          .00            .00
MARAUDER CORP             UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          997.61          .00            .00
PREMIER CREDIT CORP       UNSECURED       NOT FILED          .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED          .00            .00
RESURGENCE FINANCIAL LLC  NOTICE ONLY     NOT FILED          .00            .00
RMI/MCSI                  UNSECURED          250.00          .00            .00
STATE FARM INSURANCE      UNSECURED       NOT FILED          .00            .00
UNITED COLLECTION BUREAU  UNSECURED          266.00          .00            .00
WORLD FINANCIAL NETWORK   UNSECURED          515.13          .00            .00
RESURGENCE CAPITAL        UNSECURED          968.59          .00            .00
TIMOTHY K LIOU            DEBTOR ATTY      2,533.01                      1,765.02
TOM VAUGHN                TRUSTEE                                           94.98

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 03535 OLUSOLA B AJAYI
```

```
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,860.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,765.02
TRUSTEE COMPENSATION                              94.98
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                    1,860.00             1,860.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 04/23/08                  /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE

                              PAGE   2
            CASE NO. 06 B 03535 OLUSOLA B AJAYI